IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03263-AP

PATRICIA A. QUINTANA,

    Plaintiff,

v.

CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN**

---

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
DANIEL S. JONES
Law Offices of Binder & Binder, P.C.
60 East 42nd Street, Suite 520
New York, NY  10165
Telephone: (212) 677-6801
Fax: (646) 273-2196
Email: fedcourt@binderandbinder.com

For Defendant:
JOHN F. WALSH
United States Attorney
District of Colorado

J. BENEDICT GARCÍA
Assistant United States Attorney
Email: j.b.garcia@usdoj.gov

SARA PAPPAS BELLAMY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO  80202
Telephone: (303) 844-0014
Fax: (303) 844-0770
Email: sara.bellamy@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:**  December 14, 2012

    **B.    Date Complaint Was Served on U.S. Attorney's Office:**  February 25, 2013

    **C.    Date Answer and Administrative Record Were Filed:**  April 26, 2013

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.    OTHER MATTERS**

This case is not on appeal from a decision issued on remand from this Court.

**8.    BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

    **A.    Plaintiff's Opening Brief Due:**  June 18, 2013

    **B.    Defendant's Response Brief Due:**  July 18, 2013

    **C.    Plaintiff's Reply Brief (If Any) Due:**  August 2, 2013

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

   B. **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    A. **( X )** All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B. **( )** All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 20th day of May, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Daniel S. Jones<br>DANIEL S. JONES<br>Law Offices of Binder & Binder, P.C.<br>60 East 42nd Street, Suite 520<br>New York, NY  10165<br>Telephone: (212) 677-6801<br>Fax: (646) 273-2196<br>Email: fedcourt@binderandbinder.com<br><br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>Email: j.b.garcia@usdoj.gov<br><br>By: s/Sara Pappas Bellamy<br>SARA PAPPAS BELLAMY<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, CO  80202<br>Telephone: (303) 844-0014<br>Email: sara.bellamy@ssa.gov<br><br>Attorneys for Defendant |