IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03263-AP

PATRICIA A. QUINTANA,

    Plaintiff,

v.

CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
DANIEL S. JONES
Law Offices of Binder & Binder, P.C.
60 East 42nd Street, Suite 520
New York, NY  10165
Telephone: (212) 677-6801
Fax: (646) 273-2196
Email: fedcourt@binderandbinder.com

For Defendant:
JOHN F. WALSH
United States Attorney
District of Colorado

J. BENEDICT GARCÍA
Assistant United States Attorney
Email: j.b.garcia@usdoj.gov

SARA PAPPAS BELLAMY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO  80202
Telephone: (303) 844-0014
Fax: (303) 844-0770
Email: sara.bellamy@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:**  December 14, 2012

    **B.     Date Complaint Was Served on U.S. Attorney's Office:**  February 25, 2013

    **C.     Date Answer and Administrative Record Were Filed:**  April 26, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

This case is not on appeal from a decision issued on remand from this Court.

**8.     BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

    **A.     Plaintiff's Opening Brief Due:**  June 18, 2013

    **B.     Defendant's Response Brief Due:**  July 18, 2013

    **C.     Plaintiff's Reply Brief (If Any) Due:**  August 2, 2013

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      **A.     Plaintiff's Statement:** Plaintiff does not request oral argument.

      **B.     Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.     ( X )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.     (   )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 20th day of May, 2013.

                                           BY THE COURT:

                                           *s/John L. Kane*
                                           U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Daniel S. Jones | JOHN F. WALSH |
| DANIEL S. JONES | United States Attorney |
| Law Offices of Binder & Binder, P.C. | District of Colorado |
| 60 East 42nd Street, Suite 520 | |
| New York, NY  10165 | J. BENEDICT GARCÍA |
| Telephone: (212) 677-6801 | Assistant United States Attorney |
| Fax: (646) 273-2196 | Email: j.b.garcia@usdoj.gov |
| Email: fedcourt@binderandbinder.com | |
| | By: s/Sara Pappas Bellamy |
| Attorney for Plaintiff | SARA PAPPAS BELLAMY |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO  80202 |
| | Telephone: (303) 844-0014 |
| | Email: sara.bellamy@ssa.gov |
| | |
| | Attorneys for Defendant |