IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03263-LTB

PATRICIA A. QUINTANA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on April 1, 2014, incorporated herein by reference, it is

    ORDERED that the Commissioner's final order is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Patricia A. Quintana.  It is

    FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

    DATED at Denver, Colorado this  1st  day of April, 2014.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/ Emily Seamon
    Emily Seamon, Deputy Clerk